# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York, NY 10017
Tel: (212) 545-4000
Fax: (212) 972-3213
jacksonlewis.com

November 1, 2024

**MEMO ENDORSED**

<u>VIA ECF</u>

Hon. Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        Re: Millman v. Ethos Risk Services, LLC
           Case No.: 24-cv-4370 (KMK)

Dear Judge Reznik:

We represent Defendant Ethos Risk Services, LLC ("Defendant") in the above-referenced matter. We write to respectfully request an adjournment of the status conference, currently scheduled for November 6, 2024. Defendant is in the process of engaging new counsel to represent it in this matter. In order to provide Defendant's new counsel an opportunity to become familiar with the facts of the case prior to engaging in a status conference, Defendant respectfully requests an adjournment of the status conference to December 11, 2024. This is Defendant's first request for an adjournment of this conference, and Plaintiffs consent to the extension.

Thank you for your attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Damon W. Silver*
Damon W. Silver

**Request is GRANTED. Conference adjourned to December 11, 2024 at 11 am.**

APPLICATION GRANTED
Hon. Victoria Reznik, U.S.M.J.
Dated: November 1, 2024

  cc: All Counsel of Record (via ECF)