UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Millman,

                                 Plaintiff(s),                      24-cv-4370 KMK-VR

        -against-                                      **ORDER**

Ethos Risk Services, LLC.,

                                 Defendant(s).
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

Please note the new dial in information for Judge Reznik's telephone conferences:

As of December 1, 2024, all telephone conferences will be conducted on Cisco Webex unless otherwise noted.

Dial into **855-244-8681; enter Meeting ID 2310 527 2044 and then # to enter the meeting**.

Please use this number for the conference on December 11, 2024

        SO ORDERED.

DATED:    White Plains, New York
               December 10, 2024

                                                      VICTORIA REZNIK
                                                      United States Magistrate Judge