

## Sheppe LLP

ATTORNEYS AT LAW

MATTHEW SHEPPE
STEPHEN FRIEDMAN
AMIR KORNBLUM
DORAN GOLUBTCHIK
ERIC J. VARDI

HOWARD R. REISS – RETIRED SENIOR COUNSEL

ELLIOT WEISELBERG

425 MADISON AVENUE, FLOOR 19
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 753-2424
FAX: (347) 348-0731

February 17, 2025

**VIA ECF**

Hon. Kenneth M. Karas
United States Courthouse
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

    re: *Millman, et al. v. Ethos Risk Services, LLC*, 24-cv-4370 (KMK)(VR)

Dear Judge Karas:

    We represent Plaintiffs Jeffrey Millman and Jennifer Millman in the above-referenced matter and write to request an additional two weeks from February 21, 2025 to March 7, 2025 to file Plaintiffs' claims against the new third-party defendants in Defendant's recently filed third-party complaint.

    As the Court may recall, the parties agreed during a January 21, 2025 status conference that Defendant would file its third party complaint by January 28, 2024 and Plaintiffs would file any claims against the third-party defendants by February 21, 2025. Although Plaintiffs have been preparing their claims, I need some additional time as during this same time period I had pre-trial filings due in a case pending in New York State Court (*Frydman v. PAF Capital, et al.* (651588/2012 (N.Y. Co.)) on February 14, 2025 and have a pre-trial appearance on February 21, 2025 in that same matter.

    Counsel for Defendant and counsel for Third-Party Defendant Lincoln National Life Insurance Company (the only parties to have appeared to date) have consented to this additional time and this is Plaintiffs' first request for additional time on this issue.

    Accordingly, Plaintiffs respectfully request that the Court grant Plaintiffs until March 7, 2025 to file any claims against Third-Party Defendants Dr. Charles and Lincoln.

Respectfully submitted,

Matthew Sheppe

cc:    All counsel by ECF

SO ORDERED

HON. KENNETH M. KARAS U.S.D.J.
2/18/2025