

ATTORNEYS AT LAW

MATTHEW SHEPPE
STEPHEN FRIEDMAN
AMIR KORNBLUM
DORAN GOLUBTCHIK
ERIC J. VARDI

HOWARD R. REISS – RETIRED SENIOR COUNSEL

ELLIOT WEISELBERG

425 MADISON AVENUE, FLOOR 19
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 753-2424
FAX: (347) 348-0731

July 14, 2025

**VIA ECF**

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Re:     *Jeffrey Millman, et al. v. Ethos Risk Services, LLC, et al.*, No. 24-cv-4370 (KMK) (VR)
> (S.D.N.Y.)

Dear Judge Karas:

We represent Plaintiffs in the above-captioned action and write to request an additional week until July 28, 2025, for Plaintiffs to respond to the pre-motion letters on Defendant's proposed motions to dismiss so that I may deal with a family medical issue.

Late last week, my wife learned that she would need to undergo a somewhat involved surgical procedure and since that time we have been going to various doctors' appointments for consultations and to schedule the surgery, which appointments will continue this week, but should be done by the end of this week/beginning of next week.

The original due date for Plaintiffs' response letters was July 21, 2028 and this is Plaintiffs' first request for additional time with respect to this due date.

Defendants' counsel have all consented to this request.

Hon. Kenneth M. Karas
July 14, 2025
Page 2 of 2

     Accordingly, Plaintiffs respectfully request that the Court grant Plaintiffs until July 28, 2025 to respond to Defendants' pre-motion letters concerning their proposed motions to dismiss.

Granted.

So Ordered,

7/14/25

Respectfully submitted,

Matthew Sheppe

cc:    All counsel of record by ECF